# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR(S) INFORMATION:**
Sharon Jackson Selico
**SSN:** xxx−xx−9338
**EIN:** N/A

2004 Glen Allen Ln
Altadena, CA 91001−2137

**BANKRUPTCY NO.** 2:08−bk−16182−AA
**CHAPTER** 13

It appearing that the debtor(s) in the above−captioned case has failed to file all the documents required under F.R.B.P. 1007 or 3015(b) within 15 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with F.R.B.P. 1007(a)(5) or 3015(b),

   IT IS HEREBY ORDERED THAT:

   1)   The case is dismissed, the automatic stay is vacated and all pending motions and adversary proceedings are moot and dismissed.

   2)   Any discharge entered in this case is hereby vacated in its entirety.

Dated: May 27, 2008

By the Court,
**Jon D. Ceretto**
Clerk of Court

(odsp VAN−21) − Revised 03/24/2008

**7 / RG**